USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CAG CELIK DEMIR VE CELIK END A.S.,

               Plaintiff,

- against -

2D SHIPPING INC., CMR DENIZCILIK VE TIC AS
a/k/a CMR SHIPPING AND TRADING and NOVA GEMI
KIRALAMA VE BROEKERLIK HIZMETLERI LTD. STI.
a/k/a NOVA SHIP CHARTERING AND BROKING
LIMITED COMPANY a/k/a NOVA SHIPPING,

               Defendants.

------------------------------------------------------------------X

08 CV 2938 DLC

ECF CASE

**EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT**

     **WHEREAS,** on March 20, 2008 Plaintiff, CAG CELIK DEMIR VE CELIK END A.S. filed a Verified Complaint, herein for damages amounting to **$3,792,538.71** inclusive of interest, costs and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

     **WHEREAS,** the Process of Maritime Attachment and Garnishment would command that the United States Marshal, or other designated process server, attach any and all of the Defendants' property within the District of this Court; and

     **WHEREAS,** the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist:

     **NOW,** upon motion of the Plaintiff, it is hereby:

     **ORDERED,** that pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and

monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any other funds or property up to the amount of $~~3,792,538.75~~ *$3,096,424.41* belonging to, due or being transferred to, from or for the benefit of the Defendants *2D and CMR*, including but not limited to such property as may be held, received or transferred in *these 2* Defendants' name*s* or as may be held, received or transferred for *their* benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishees to be named on whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is further

~~ORDERED, that any such goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds held by any such garnishee within the District which are due and owing and/or are being paid to Defendant NOVA on behalf of, or for the benefit of Defendant 2D, be attached only insofar as they are remittances of hull insurance proceeds for the Vessel originating from Ingosstrakh or any other entity that is remitting hull insurance proceeds for the Vessel;~~

ORDERED, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED, that following initial service by the U.S. Marshal, or other designated process server, upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may *with consent of the garnishee* be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

ORDERED, that service on any garnishee as described above is *with consent of the garnishee* deemed to be effective and continuous service throughout the remainder of the day upon which service is made commencing from the time of such service; and such service is further deemed to be effective through the end of the next business day, provided that another service is made that day; and it is further

**ORDERED,** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means.

Dated: March 20, 2008

                **SO ORDERED:**

                _____
                U. S. D. J.