UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAG CELIK DEMIR VE CELIK END A.S..,

                Plaintiff,

      - against -

2D SHIPPING INC., CMR DENIZCILIK VE TIC AS
a/k/a CMR SHIPPING AND TRADING and NOVA GEMI
KIRALAMA VE BROEKERLIK HIZMETLERI LTD. STI.
a/k/a NOVA SHIP CHARTERING AND BROKING
LIMITED COMPANY a/k/a NOVA SHIPPING,

                Defendants.
------------------------------------------------------------------X

08 CV 2938 DLC

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

**ORDER APPOINTING SPECIAL PROCESS**
**SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Coleen A. McEvoy, sworn to on March 20, 2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Peterson, Coleen A. McEvoy, Anne C. LaVasseur, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
       March 20, 2008

                                               _____
                                               U.S.D.J.

MICROFILMED MAR 21 2008 -9 AM