UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAG CELIK DEMIR VE CELIK END A.S.,          :

                Plaintiff,          :

       - against -          :    08 CV 2938 (DLC)
                           :    ECF CASE

2D SHIPPING INC., CMR DENIZCILIK VE TIC AS          :
a/k/a CMR SHIPPING AND TRADING and NOVA GEMI          :
KIRALAMA VE BROEKERLIK HIZMETLERI LTD. STI.          :
a/k/a NOVA SHIP CHARTERING AND BROKING
LIMITED COMPANY A/K/A NOVA SHIPPING,          :

                Defendants.          :
------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE, there having been no appearance from the Defendants, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 6, 2008
       Southport, CT

                                      The Plaintiff,
                                      CAG CELIK DEMIR VE CELIK END A.S.

                                      By: _____
                                      Kevin J. Lennon / Coleen A. McEvoy
                                      LENNON, MURPHY & LENNON, LLC
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170
                                      Phone (212) 490-6050 / Fax (212) 490-6070
                                      kjl@lenmur.com / cam@lenmur.com

**SO ORDERED:**

_____
Hon. Denise L. Cote
United States District Judge

May 7, 2008

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/08